JS6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY BRIAN SHIPP,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>NEIL MCDOWELL, Warden,<br><br>　　　　　Respondent. | Case No. 8:16-cv-02194-R (SHK)<br><br>**JUDGMENT** |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that this action is dismissed with prejudice.

Dated: July 26, 2018

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　HONORABLE MANUEL L. REAL
　　　　　　　　　　　　　　　　　United States District Judge